**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**BUBBA JONATHAN WHITMAN**                       **CASE NO.  2:25-CV-01577**

**VERSUS**                                        **JUDGE JAMES D. CAIN, JR.**

**TONY LAMBRIGHT ET AL**                          **MAGISTRATE JUDGE LEBLANC**

**ORDER**

Before the court is a Motion for Service of Process by U.S. Marshals [doc. 8] and Motion to Expedite Ruling on Plaintiff's Motion for Service by U.S. Marshals Service [doc. 16].

Plaintiff Bubba Jonathan Whitman proceeds *pro se* and *in forma pauperis* in this matter. District courts have authority under 28 U.S.C. § 1915 to conduct initial review of such cases and must dismiss any such action if the court determines it is "frivolous or malicious;" "fails to state a claim on which relief may be granted;" or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2). Because this matter remains subject to initial review, it is **HEREBY ORDERED** that the motions seeking service of the complaint are **DENIED** pending initial review of the complaint.

**SO ORDERED** at Lake Charles, Louisiana, this 29th day of June, 2026.

_____
**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**